DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERONIMO J. CASTILLO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2102

[February 1, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Jeffrey Dana Gillen, Judge; L.T. Case No. 501997CF008469.

Geronimo J. Castillo, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***